**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama State Employees Credit Union
1000 Interstate Park Drive
Montgomery, Alabama 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Amanda Pritchard*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
Amanda Pritchard

C. Date of Delivery
1-9-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
2:05CV1241 (Cmpl summ 20 days)
7003 3110 0002 8171 0493

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540