IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES J. HURT | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.: 2:05cv1241-WKW |
| | ) |
| ALABAMA STATE EMPLOYEES | )   Judge W. Keith Watson |
| CREDIT UNION | ) |
| | ) |
|     Defendants. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on February 21, 2006, by telephone and was attended by:

Henry C. Barnett, Jr. for Defendant Alabama State Employees Credit Union;

Gerald L. Miller for Plaintiff Charles J. Hurt.

2. Pre-Discovery Disclosures. The parties will exchange by April 3, 2006, the information required by Federal Rules of Civil Procedure 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

- Factual basis of Plaintiff's allegations and claims for damages;
- Factual basis of Defendants' defenses;
- Facts known to other persons believed to have discoverable information relevant to the claims and defenses of the parties;
- Facts relating to affirmative defenses; and
- The Plaintiff's background and litigation history

All discovery to be commenced in time to be completed by January 23, 2007.

Maximum of forty (40) interrogatories including sub-parts by each party to any other party. Responses due 30 days after service.

Maximum of forty (40) requests for production by each party to any other party.

Maximum of thirty-five (35) requests for admission by each party to any other party. Responses due by 30 days after service.

Maximum of ten (10) depositions by plaintiff and ten (10) by defendant.

With the exception of plaintiff's deposition, and that of Defendant's 30(b)(6) representative, the parties agree that all depositions shall be limited to a maximum of seven (7) hours unless extended by agreement of the parties or leave of court. Plaintiff's deposition and that of Defendant's 30(b)(6) representative will be limited to 10 hours each unless extended by agreement of the parties or leave of court.

Reports from retained experts under Rule 26(a)(2) due:

    from plaintiff by November 1, 2006
    from defendant by December 1, 2006

Supplementations under Rule 26(e) are due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional corrective information has not otherwise been made known to other parties in the discovery process or in writing.

    4.    Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference on or about February 23, 2007.

A face-to-face settlement conference should take place by October 2, 2006.

Plaintiffs are to file a Notice Concerning Settlement Conference and Mediation by October 16, 2006.

Plaintiff should be allowed until May 1, 2006, to join additional parties and to amend the pleadings.

Defendants should be allowed until June 1, 2006 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by November 15, 2006.

The parties will evaluate settlement possibilities on a continuing basis.

Final lists of witnesses depositions to be used at trial and exhibits under Rule 26(a)(3) should be due:

>   from plaintiff by March 1, 2007;
>   from defendants by March 1, 2007.

Parties should have fourteen (14) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

Identification of responsive parts to depositions should be due by March 15, 2007.

Voir dire questions, motions in limine fully briefed, and any proposed jury instructions should be due by March 8, 2007.

The case should be ready for trial by March 26, 2007, and at this time is expected to take approximately three (3) days.

Respectfully submitted on this the 21st ay of February, 2006.



s/ Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)
*ATTORNEY FOR DEFENDANT*
CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-3069
hcb@chlaw.com


s/Gerald L. Miller
GERALD L. MILLER (MIL039)
*Attorney for Plaintiff*
REDDEN, MILLS & CLARK
505 North 20th Street
940 Financial Center
Birmingham, Alabama 25203
glm@rmclaw.com