IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES J. HURT,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| v. | )  CASE NO.: **2:05-CV-1241-WKW** |
| | ) |
| **ALABAMA STATE EMPLOYEES CREDIT UNION,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT

Comes now the Plaintiff, Charles J. Hurt, and amends his Complaint previously filed as follows:

1. In Count II of the Complaint, Plaintiff strikes the words "August 2005" and in their place inserts the words "August 2004."

2. In all other respects, Plaintiff's Complaint shall remain the same.

Respectfully submitted,

DATE: May 4, 2006        /s/ Gerald L. Miller
                         GERALD L. MILLER
                         **REDDEN, MILLS & CLARK**
                         940 Financial Center
                         505 20th Street North
                         Birmingham, Alabama 35203
                         (205) 322-0457 - office
                         (205) 322-8481

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry C. Barnett, Jr.
Attorney for Defendant
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-3069
hcb@chlaw.com

                         /s/ Gerald L. Miller
                         OF COUNSEL