IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES J. HURT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-01241-WKW |
| | ) |
| ALABAMA STATE EMPLOYEES | ) |
| CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For good cause shown, it is ORDERED that Plaintiff's Motion for Leave to Amend Complaint (Doc. # 10) is GRANTED. The amendment to the complaint, which is attached to Plaintiff's motion, is insufficient. The Plaintiff is DIRECTED to file an amended complaint **on or before May 22, 2006**.

DONE this the 12th day of May, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE