IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES J. HURT** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.:  2:05cv1241-WKW |
| | ) |
| **ALABAMA STATE EMPLOYEES** | ) |
| **CREDIT UNION** | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COME NOW** the parties by and through their respective counsel of record and move the Court for an Order dismissing this case with prejudice.  The parties have agreed that each shall bear his or its own costs and attorneys' fees.  As grounds for this motion, the parties show unto the Court that all matters in dispute have been resolved to their mutual satisfaction.

Respectfully submitted this the 18th day of October, 2006.

s/ Henry C. Barnett, Jr.
**HENRY C. BARNETT, JR. (BAR037)**
*ATTORNEY FOR DEFENDANT*

**OF COUNSEL:**
CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-3069
(334) 241-8000
(334) 323-8888

1078402

2

        s/Gerald L. Miller
        **GERALD L. MILLER (MIL039)**
        *ATTORNEY FOR PLAINTIFF*

**OF COUNSEL:**
REDDEN, MILLS & CLARK
505 North 20th Street
940 Financial Center
Birmingham, Alabama

1078402      2