IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES J. HURT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:05-cv-01241-WKW |
| | ) |
| ALABAMA STATE EMPLOYEES | ) |
| CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The parties filed a Joint Stipulation for Dismissal With Prejudice (Doc. # 15). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 19th day of October, 2006.

                                        /s/  W.  Keith Watkins
                                 UNITED STATES DISTRICT JUDGE